**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KYLE LOWRY<br>Plaintiff,<br><br>v.<br><br>ROBERT KURZ<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>No. |

## COMPLAINT

Plaintiff, Kyle Lowry, by and through undersigned counsel, files this Complaint in against Defendant Robert Kurz and avers as follows:

## THE PARTIES

1. Plaintiff Kyle Lowry ("Plaintiff") is an individual who is a citizen of the State of Florida.
2. Defendant Robert Kurz ("Defendant") is an individual who upon information or belief resides at 521 Auburn Avenue, Wyndmoor, PA 19038.

## JURISDICTION AND VENUE

3. This Court has personal jurisdiction over the Defendant because Defendant is domiciled in the Commonwealth of Pennsylvania.
4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332, because there is complete diversity among the parties to this action and the amount in controversy exceeds $75,000, exclusive of interest and costs.
5. Plaintiff is a citizen of the State of Florida and Defendant is a citizen of the Commonwealth of Pennsylvania as Defendant resides in Pennsylvania and Pennsylvania is his domicile.
6. This Court is the appropriate venue for this cause pursuant to 28 U.S.C. § 1391 and other applicable law because Defendant resides in this District.

## COUNT I – BREACH OF CONTRACT

7. On or about July 23, 2026, Defendant executed and delivered to Plaintiff a Promissory Note (the "Note") evidencing a loan (the "Loan") from Plaintiff to Defendant in the original principal amount of $1,200,000.00. A true and correct copy of the Note is attached hereto as Exhibit "A."

8. The Note provides, *inter alia*, for interest at the rate of twenty percent (20%) per annum, and payment of all sums due on or before August 9, 2026. See Ex. A.

9. The Note also provides that Defendant would pay Plaintiff a one-time origination fee in full and payable upon execution of the Note in an amount of Fifty Thousand Dollars ($50,000.00).

10. The Note further provides that it shall be an "Event of Default" if Defendant fails "to pay any amount due under this Note within five (5) business days after Lender delivers written notice of nonpayment." Ex. A.

11. On September 29, 2026, Plaintiff served upon Defendant, by overnight mail and electronic mail a Notice of Nonpayment (the "Notice"). A true and correct copy of the Notice is attached hereto as Exhibit "B." A true and correct copy of confirmation of receipt is attached as Exhibit "C."

12. Defendant has not paid the amount due under the Note since delivery of the Notice. Accordingly, Defendant is in default of his obligations under the Note, and the entire debt evidenced by the Note is due and payable.

13. As of October 22, 2026 the amounts due and owing under the Note are as follows:

Principal: $1,200,000.00

Interest: 59,835.62

Origination Fee: $50,000.00

Costs: $405.00

Attorneys Fees: $3,379.00

14. Interest continues to accrue at the per diem rate of $657.5342 from and after October 22, 2026 together with continuing costs and attorneys' fees.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment and against all Defendant and in favor of Plaintiff in the amount of $1,313,619.62, together with continuing interest, attorneys' fees and costs of this action.

Respectfully submitted,

By: s/ *Adam H. Settle*

Adam H. Settle, Esq.
PA ID No.: 322731
Richard A. O'Halloran, Esq.
Pa. ID No.: 41460
Dinsmore & Shohl, LLP
100 Berwyn Park
850 Cassatt Road, Suite 110
Berwyn, PA 19312
(610) 408-6035
Adam.settle@dinsmore.com
Richard.ohalloran@dinsmore.com

*Counsel for Plaintiff Kyle Lowry*