# EXHIBIT A

# UNSECURED PROMISSORY NOTE

$1,200,000.00 July 23, 2026

*FOR VALUE RECEIVED*, receipt of which is hereby acknowledged, Robert Kurz ("Borrower") promises to pay to the order of Kyle Lowry, at 6111 Bollinger Canyon Road, Suite 300, San Ramon, California 94583, or at such other place as the holder of this Note ("Lender") may designate in writing, the principal sum of One Million Two Hundred Thousand Dollars ($1,200,000.00), together with interest thereon from the date of this Note on the unpaid principal balance at the simple, non-compounding rate of twenty percent (20%) per annum, computed on the basis of a 365-day year and the actual number of days elapsed.

1. **Origination Fee.** In addition to principal and interest, Borrower agrees to pay Lender a one-time origination fee of Fifty Thousand Dollars ($50,000.00) (the "Origination Fee"), earned in full and payable upon execution of this Note, as compensation for Lender's underwriting, due diligence, and commitment to fund this unsecured loan on short notice. Borrower acknowledges that the Origination Fee is a bona fide fee for services rendered in connection with the origination of this loan and is not a charge for the use, forbearance, or detention of money.

2. **Maturity; Repayment.** The entire unpaid principal balance, together with all accrued and unpaid interest and the Origination Fee, is due and payable in full fourteen (14) days after the date of this Note (the "Maturity Date"). If not paid in full on the Maturity Date, the outstanding balance shall thereafter be due and payable on demand of Lender, and interest shall continue to accrue at the rate set forth above until paid, subject to Section 4 below.

3. **Prepayment.** Borrower may prepay this Note, in whole or in part, at any time without penalty or premium. Any partial prepayment shall be applied first to accrued and unpaid interest, then to outstanding fees, then to principal.

4. **Default; Remedies.** Each of the following constitutes an "Event of Default" under this Note: (a) Borrower's failure to pay any amount due under this Note within five (5) business days after Lender delivers written notice of nonpayment; (b) Borrower's death, dissolution, insolvency, assignment for the benefit of creditors, or the filing of a petition in bankruptcy by or against Borrower; or (c) any material misrepresentation made by Borrower in connection with this Note. Upon an Event of Default, Lender may, at its option and without further notice, declare the entire unpaid balance of this Note, together with accrued interest and fees, immediately due and payable, and may pursue any remedy available at law or in equity.

5. **Usury Savings Clause.** Notwithstanding any other provision of this Note, it is the intention of the parties to conform strictly to applicable usury laws. In no event shall the total interest, fees, and charges payable under this Note, however characterized, exceed the maximum amount permitted by applicable law. If any provision of this Note would result in interest or charges in excess of such maximum, such interest or charges shall automatically be reduced to the maximum lawful amount, and any amount received by Lender in excess of that maximum shall,

at Lender's option, be applied to reduce the outstanding principal balance or promptly refunded to Borrower.

**6. Unsecured Obligation.** This Note is unsecured and is not collateralized by any lien on, or security interest in, real or personal property of Borrower.

**7. Costs of Collection.** If this Note is placed in the hands of an attorney for collection, or if suit is brought to collect any amount due under this Note, Borrower agrees to pay all reasonable costs of collection, including reasonable attorneys' fees, whether or not suit is filed.

**8. Waivers.** Borrower waives presentment, demand, protest, notice of dishonor, and notice of nonpayment, and waives any right to offset any amount owed under this Note against any claim Borrower may have against Lender.

**9. Governing Law; Venue; Waiver of Jury Trial.** This Note shall be governed by, and construed in accordance with, the laws of the Commonwealth of Pennsylvania, without regard to its conflict-of-laws principles. Borrower consents to the exclusive jurisdiction and venue of the state and federal courts located in the Commonwealth of Pennsylvania for any action arising out of or relating to this Note. **EACH PARTY WAIVES, TO THE FULLEST EXTENT PERMITTED BY LAW, ANY RIGHT TO TRIAL BY JURY IN ANY ACTION ARISING OUT OF OR RELATING TO THIS NOTE.**

**10. Assignment.** Lender may assign or transfer this Note, or any interest herein, without Borrower's consent. Borrower may not assign or delegate any obligation under this Note without Lender's prior written consent.

**11. Notices.** Any notice required or permitted under this Note shall be in writing and delivered by hand, overnight courier, or certified mail, return receipt requested, to the address of the applicable party set forth herein, or such other address as a party may designate in writing.

**12. Severability.** If any provision of this Note is held invalid or unenforceable, the remainder of this Note shall remain in full force and effect, and shall be construed to give effect to the parties' original intent to the fullest extent permitted by law.

**13. Entire Agreement; Amendment.** This Note constitutes the full and complete agreement of the parties regarding the obligations described herein, and supersedes all prior negotiations, representations, or agreements, whether written or oral. This Note may not be amended, modified, or waived, in whole or in part, nor shall any forgiveness occur, except by a writing signed by Lender.

**14. Miscellaneous.** Time is of the essence with respect to Borrower's obligations under this Note. Section headings are for convenience only and shall not affect the interpretation of this Note. No delay or failure by Lender in exercising any right under this Note shall operate as a waiver of that right. This Note may be executed in counterparts, including by electronic or PDF signature, each of which shall be deemed an original.

Signed by:

Robert Kurz

052731BA0DDD481...

Robert Kurz, Borrower