# EXHIBIT B

DINSMORE

**DINSMORE & SHOHL LLP**
100 Berwyn Park
850 Casssatt Road, Suite 110
Berwyn, PA 19312
www.dinsmore.com • Legal Counsel

Adam H. Settle, Esq.
(610) 408- 6020
Adam.settle@dinsmore.com

September 29, 2026

**VIA OVERNIGHT MAIL AND EMAIL**
Robert Kurz
512 Auburn Ave.
Wyndmoor, PA 19038

**RE: NOTICE OF NONPAYMENT (the "Notice") regarding the Unsecured Promissory Note between Kyle Lowry ("Lender") and Robert Kurz ("Borrower") dated July 23, 2026 (the "Note") in the amount of One Million Two Hundred Thousand Dollars ("$1,200,000.00") together with interest thereon as further described in the Note.**

Dear Mr. Kurz,

We represent the Lender relating to the above-referenced Note. The Note remains unpaid.

**This letter constitutes Notice of Non-Payment of the amounts agreed to in the Note under Section 4 of the Note.**

Lender hereby demands payment, in full, of all sums due under the Note within five (5) business days of the date of delivery of this Notice. Failure of the Borrower to comply will constitute an Event of Default by the Borrower under the Note.

You may contact the undersigned to obtain the amount due under the Note.

Lender's receipt of any payments in amount less than the amounts due under the Note shall not be construed as an accord and satisfaction and Lender's acceptance of any check bearing a restrictive endorsement or statement or letter accompanying a payment or check shall not be deemed to be an accord and satisfaction, and Lender may accept such payment or check without prejudice to his rights under the Note and Lender's acceptance of any such payments, partial or otherwise, shall be without prejudice to any rights and/or remedies of Lender under the Note or at law or equity.

Any conduct by and/or communications among the parties to the Note shall not constitute offers, acceptance, contracts, or courses of dealing and no party to the Note will be bound by, and no liabilities will arise from, any statement, oral agreement, draft document, term sheet, letter or anything else prepared or communicated between and among them, unless and until a written agreement or agreements fully executed and delivered by both Lender and Borrower exists.

Nothing herein is intended as, constitutes or should be construed as an election of remedies or a waiver of any of Lender's rights or remedies or of any other Default or events of default on the part of Borrower now existing or hereinafter occurring.

Respectfully,

Adam H. Settle, Esq.

cc: Kyle Lowry
Justin Bass