# EXHIBIT C

**Settle, Adam**

| | |
|---|---|
| **From:** | Settle, Adam |
| **Sent:** | Tuesday, September 29, 2026 8:19 PM |
| **To:** | 'rob@capitalservicesintl.com' |
| **Cc:** | 'rbkurz@gmail.com' |
| **Subject:** | Notice of Non-Payment - Promissory Note |
| **Attachments:** | 2026.09.29_ Lowry - Kurz - Notice of Nonpayment.PDF |

Dear Mr. Kurz,

Please see the attached correspondence. The same has been overnighted to the address listed.

Thank you

**Adam Settle**
Senior Associate

**T** (610) 408-6076
**F** (610) 408-6021
**E** adam.settle@dinsmore.com

DINSMORE

100 Berwyn Park, 850 Cassatt Road, Suite 110
Berwyn, PA 19312